**2014–1602. State v. Miller.**
Warren App. No. CA2013–06–057, 2014-Ohio-5093. This cause came for further consideration upon the filing of appellant's motion to object to entry from November 5, 2014. It is ordered by the court that the motion is denied.

**2014–1273. State v. Leak.**
Richland App. No. 13CA72, 2014-Ohio-2492. This cause is pending before the court as an appeal from the Court of Appeals for Richland County.

Upon consideration of appellant's motion for appointment of counsel, it is ordered by the court that the motion is granted and the Ohio Public Defender's Office is appointed to represent appellant.

**2014–0507. DBC Fawn Lake Ltd. Partners v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–795, 2012–951, and 2012–952. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand the appeal to the Board of Tax Appeals, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0887. CM Aurora Properties, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–996. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand the appeal to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.